# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine M. Bayse <br> _Debtor_ | CHAPTER 13 <br><br> BKY. NO. 16-22034 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Seterus, Inc., as Servicer for Federal National Mortgage Association, and index same on the master mailing list.

Re: Loan # Ending In: 1138

    Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
jgoldman@kmllawgroup.com
Attorney I.D. No. 205047
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant