**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/8/20 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>CHRISTINE M. BASYE<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>CHRISTINE M. BASYE<br><br>Respondents | Case No. 16-22034GLT<br><br>Chapter 13<br><br>Document No. __38__ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __8th__ day of __January__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc Presbyterian Shadyside
Attn: Payroll Manager
Us Steel Tower Fl 56
600 Grant St
Pittsburgh, PA 15219

is hereby ordered to immediately terminate the attachment of the wages of CHRISTINE M. BASYE, social security number XXX-XX-3798. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTINE M. BASYE.

Dated: 1/8/20

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22034-GLT
Christine M. Basye                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy               Page 1 of 1              Date Rcvd: Jan 08, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             +Christine M. Basye,    213 Hallock Street,    Pittsburgh, PA 15211-1335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
      Charles J. Grudowski    on behalf of Debtor Christine M. Basye cjg@grudowskilaw.com,
       grudowskilaw1@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com;lm@grudowskilaw.com;admin@grudowskilaw.com
      Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
       heather@mvrlaw.com,  Michelle@mvrlaw.com
      James  Warmbrodt    on behalf of Creditor    Federal National Mortgage Association
       bkgroup@kmllawgroup.com
      Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
       jeniece@mvrlaw.com,  bonnie@mvrlaw.com
      Joshua I. Goldman    on behalf of Creditor    Federal National Mortgage Association
       bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                   TOTAL: 10