Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christine M. Basye** | : | Case No. 16−22034−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 41 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/6/20 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    ***AND NOW,*** this ***The 26th of February, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 41 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  ***On or before April 13, 2020***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***May 6, 2020 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a ***Response***, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

                                                            Gregory L. Taddonio, Judge
                                                            United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-22034-GLT
Christine M. Basye                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2             Date Rcvd: Feb 26, 2020
                              Form ID: 604            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db          +Christine M. Basye,    213 Hallock Street,    Pittsburgh, PA 15211-1335
cr          +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
              Pittsburgh, PA 15212-5860
14238759    +American Express,    PO Box 1270,    Newark, NJ 07101-1270
14238760    +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
14238761     Bernstein-Burkley, P.C.,    Gulf Tower, Suite 2200,    Raymond P. Wendolowski, Jr., Esquire,
              Pittsburgh, PA 15219
14289538     Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14238762    +Dollar Bank,    PO Box 1700,    Pittsburgh, PA 15230-1700
14298594    +Dollar Bank,    PO Box 3969,    Pittsburgh PA 15230-3969
14238763    +Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
14238765    +Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
14293564    +PNC BANK N.A.,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
14286211    +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14238767    +PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
14238766    +Peoples,    PO Box 644760,    Pittsburgh, PA 15264-4760
14305533    +Peoples Natural Gas Company LLC,    Equitable Division,    375 North Shore Drive,
              Pittsburgh, PA 15212-5866
14357447    +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford CT 06143-1047
14238768    +Southwest/Chase,    PO Box 15298,    Wilmington, DE 19850-5298
14303475     UPMC Mercy,    PO Box 1123,    Minneapolis, MN 55440-1123
14303474     UPMC Presbyterian Shadyside Hospital,    PO Box 1123,    Minneapolis, MN 55440-1123
14289832    +Univ of Pittsburgh Physicians,    6681 Country Club Drive,    Golden Valley MN 55427-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2020 03:26:29
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
14302946     E-mail/Text: bnc-quantum@quantum3group.com Feb 27 2020 03:19:58
              Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
14310228    +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2020 03:21:23     Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14238764    +E-mail/Text: bncnotices@becket-lee.com Feb 27 2020 03:19:34     Kohl's,    PO Box 2983,
              Milwaukee, WI 53201-2983
14307783     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 03:26:25
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14268464     E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2020 03:25:41
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BANK OF AMERICA, N.A.
cr           Duquesne Light Company
cr           Federal National Mortgage Association
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2            User: jhel              Page 2 of 2             Date Rcvd: Feb 26, 2020
                                Form ID: 604            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              Charles James Grudowski    on behalf of Debtor Christine M. Basye cjg@grudowskilaw.com,
               grudowskilaw1@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10