**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTINE M. BASYE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-22034<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2020

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/31/2016 and confirmed on 7/28/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,630.34 |
| Less Refunds to Debtor | 5,799.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 90,830.88 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,800.00 | |
|    Trustee Fee | 4,074.93 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,874.93 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 29,069.77 | 29,069.77 | 1,898.81 | 30,968.58 |
|     Acct: 3058 | | | | |
|   SETERUS INC AS AUTHORIZED SUBSER | 12,396.57 | 12,396.57 | 606.84 | 13,003.41 |
|     Acct: 1138 | | | | |
|   SETERUS INC AS AUTHORIZED SUBSER | 4,186.67 | 4,186.67 | 0.00 | 4,186.67 |
|     Acct: 1138 | | | | |
| | | | | 48,158.66 |
| **Priority** | | | | |
|   CHARLES J GRUDOWSKI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTINE M. BASYE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTINE M. BASYE | 1,015.38 | 1,015.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTINE M. BASYE | 4,784.08 | 4,784.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRUDOWSKI LAW ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRUDOWSKI LAW ASSOCIATES PC | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SETERUS INC AS AUTHORIZED SUBSER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1138 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1002 | | | | |
|   DOLLAR BANK FSB(*) | 10,282.52 | 10,282.52 | 0.00 | 10,282.52 |
|     Acct: 4690 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 3,338.11 | 3,338.11 | 0.00 | 3,338.11 |
|     Acct: 6563 | | | | |
|   CAPITAL ONE NA** | 766.21 | 766.21 | 0.00 | 766.21 |
|     Acct: 9977 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 2,657.79 | 2,657.79 | 0.00 | 2,657.79 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 3826 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 315.50 | 315.50 | 0.00 | 315.50 |
|     Acct: 0768 | | | | |
|   PNC BANK NA | 17,836.65 | 17,836.65 | 0.00 | 17,836.65 |
|     Acct: 0465 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUQUESNE LIGHT COMPANY* | 91.88 | 91.88 | 0.00 | 91.88 |
|     Acct: 3798 | | | | |
|   UNIVERSITY OF PITTSBURGH- PHYSICIA | 100.83 | 100.83 | 0.00 | 100.83 |
|     Acct: 3798 | | | | |
|   UPMC PRESBYTERIAN SHADYSIDE HOSI | 204.87 | 204.87 | 0.00 | 204.87 |
|     Acct: 6026 | | | | |
|   UPMC MERCY | 202.93 | 202.93 | 0.00 | 202.93 |
|     Acct: 6098 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 35,797.29 |

TOTAL PAID TO CREDITORS                                                                     83,955.95

  TOTAL
  CLAIMED            0.00
  PRIORITY      45,653.01
  SECURED       35,797.29


Date: 02/25/2020                              /s/ Ronda J. Winnecour

                                                        RONDA J WINNECOUR PA ID #30399
                                                        CHAPTER 13 TRUSTEE WD PA
                                                        600 GRANT STREET
                                                        SUITE 3250 US STEEL TWR
                                                        PITTSBURGH, PA  15219
                                                        (412) 471-5566
                                                        cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   CHRISTINE M. BASYE<br><br>           Debtor(s)<br><br>   Ronda J. Winnecour<br>           Movant<br>           vs.<br>   No Repondents. | Case No.:16-22034<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                           BY THE COURT:

                                                                           _____
                                                                           U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christine M. Basye  
    Debtor

Case No. 16-22034-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 2    Date Rcvd: Feb 26, 2020  
Form ID: pdf900    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.

| | | |
|---|---|---|
| db | +Christine M. Basye, | 213 Hallock Street, Pittsburgh, PA 15211-1335 |
| cr | +Peoples Natural Gas Company, LLC, | Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14238759 | +American Express, | PO Box 1270, Newark, NJ 07101-1270 |
| 14238760 | +Bank of America, | PO Box 31785, Tampa, FL 33631-3785 |
| 14238761 | Bernstein-Burkley, P.C., | Gulf Tower, Suite 2200, Raymond P. Wendolowski, Jr., Esquire, Pittsburgh, PA 15219 |
| 14289538 | Capital One NA, | c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14238762 | +Dollar Bank, | PO Box 1700, Pittsburgh, PA 15230-1700 |
| 14298594 | +Dollar Bank, | PO Box 3969, Pittsburgh PA 15230-3969 |
| 14238763 | +Home Depot Credit Services, | PO Box 9001010, Louisville, KY 40290-1010 |
| 14238765 | +Macy's, | PO Box 78008, Phoenix, AZ 85062-8008 |
| 14293564 | +PNC BANK N.A., | P.O. BOX 94982, CLEVELAND, OH 44101-4982 |
| 14286211 | +PNC BANK, N.A., | PO BOX 94982, CLEVELAND, OHIO 44101-4982 |
| 14238767 | +PNC Bank, | PO Box 856177, Louisville, KY 40285-6177 |
| 14238766 | +Peoples, | PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14305533 | +Peoples Natural Gas Company LLC, | Equitable Division, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14357447 | +Seterus, Inc., as the authorized subservicer for F, | P.O. Box 1047, Hartford CT 06143-1047 |
| 14238768 | +Southwest/Chase, | PO Box 15298, Wilmington, DE 19850-5298 |
| 14303475 | UPMC Mercy, | PO Box 1123, Minneapolis, MN 55440-1123 |
| 14303474 | UPMC Presbyterian Shadyside Hospital, | PO Box 1123, Minneapolis, MN 55440-1123 |
| 14289832 | +Univ of Pittsburgh Physicians, | 6681 Country Club Drive, Golden Valley MN 55427-4601 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| cr | E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2020 03:27:21 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14302946 | E-mail/Text: bnc-quantum@quantum3group.com Feb 27 2020 03:19:58 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14310228 | +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2020 03:21:26 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14238764 | +E-mail/Text: bncnotices@becket-lee.com Feb 27 2020 03:19:35 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14307783 | E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 03:27:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14268464 | E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2020 03:26:29 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

                                                                                                                               TOTAL: 6

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          BANK OF AMERICA, N.A.  
cr          Duquesne Light Company  
cr          Federal National Mortgage Association

                                                        TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2              User: jhel              Page 2 of 2              Date Rcvd: Feb 26, 2020
                                  Form ID: pdf900        Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:

          Charles James Grudowski    on behalf of Debtor Christine M. Basye cjg@grudowskilaw.com, grudowskilaw1@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com

          Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association heather@mvrlaw.com, Michelle@mvrlaw.com

          James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association bkgroup@kmllawgroup.com

          Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com, bonnie@mvrlaw.com

          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com

          Joshua I. Goldman    on behalf of Creditor    Federal National Mortgage Association bkgroup@kmllawgroup.com

          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                  TOTAL: 10