IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/15/20 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHRISTINE M. BASYE

Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:16-22034

Chapter 13

Related to Dkt. No. 41

ORDER OF COURT

AND NOW, this 15th day of April 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

_____
U.S. BANKRUPTCY JUDGE

jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22034-GLT
Christine M. Basye                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Apr 15, 2020
                              Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
```
db             +Christine M. Basye,    213 Hallock Street,    Pittsburgh, PA 15211-1335
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14238759       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
14238760       +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
14238761        Bernstein-Burkley, P.C.,    Gulf Tower, Suite 2200,    Raymond P. Wendolowski, Jr., Esquire,
                 Pittsburgh, PA 15219
14289538        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14238762       +Dollar Bank,    PO Box 1700,    Pittsburgh, PA 15230-1700
14298594       +Dollar Bank,    PO Box 3969,    Pittsburgh PA 15230-3969
14238763       +Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
14238765       +Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
14293564       +PNC BANK N.A.,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
14286211       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14238767       +PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
14238766       +Peoples,    PO Box 644760,    Pittsburgh, PA 15264-4760
14305533       +Peoples Natural Gas Company LLC,    Equitable Division,    375 North Shore Drive,
                 Pittsburgh, PA 15212-5866
14357447       +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford CT 06143-1047
14303475        UPMC Mercy,    PO Box 1123,    Minneapolis, MN 55440-1123
14303474        UPMC Presbyterian Shadyside Hospital,    PO Box 1123,    Minneapolis, MN 55440-1123
14289832       +Univ of Pittsburgh Physicians,    6681 Country Club Drive,    Golden Valley MN 55427-4601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2020 04:03:12
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14302946        E-mail/Text: bnc-quantum@quantum3group.com Apr 16 2020 04:01:21
                 Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14310228       +E-mail/Text: kburkley@bernsteinlaw.com Apr 16 2020 04:02:37     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14238768        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 16 2020 04:04:06      Southwest/Chase,
                 PO Box 15298,    Wilmington, DE 19850
14238764       +E-mail/Text: bncnotices@becket-lee.com Apr 16 2020 04:01:08     Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
14307783        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2020 04:03:44
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14268464        E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2020 04:03:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Duquesne Light Company
cr              Federal National Mortgage Association
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                         Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: culy                  Page 2 of 2                 Date Rcvd: Apr 15, 2020
                                Form ID: pdf900             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Charles James Grudowski    on behalf of Debtor Christine M. Basye cjg@grudowskilaw.com,
               grudowskilaw1@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joshua I. Goldman    on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 10
```